JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ELI OLIVARES, | Case No.: 5:24-cv-00962-KK-SP |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| REAL ESTATE MAVENS, INC. DBA THE BETTER HOME BUYER, | |
| Defendant | |

# [~~PROPOSED~~] ORDER

The Court, having considered the Plaintiff's Request for Dismissal Without Prejudice, hereby ORDERS that:

1. Plaintiff's individual claims in the above-captioned action are dismissed without prejudice with ability to refile;

**IT IS SO ORDERED.**

Dated: August 15, 2024

                                       Honorable Kenly Kiya Kato
                                       United States District Judge